# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1948

**Short Case Caption:** Network-1 Technologies, Inc. v. Google LLC et al.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Google LLC; YouTube LLC

| | | |
|---|---|---|
| **Principal Counsel:** Andrew V. Trask | | Admission Date: 08/03/2011 |
| Firm/Agency/Org.: Williams & Connolly LLP | | |
| Address: 680 Maine Ave, S.W., Washington, DC 20024 | | |
| Phone: 202-434-5023 | Email: atrask@wc.com | |
| **Other Counsel:** Michael Xun Liu | | Admission Date: 10/04/2018 |
| Firm/Agency/Org.: Williams & Connolly LLP | | |
| Address: 680 Maine Ave, S.W., Washington, DC 20024 | | |
| Phone: 202-434-5706 | Email: mliu@wc.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/24/24                Signature: /s/ Andrew V. Trask

                             Name: Andrew V. Trask

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Kevin Hardy | Admission Date: 07/27/2004 |
|---|---|
| Firm/Agency/Org.: Quinn Emanuel Urquhart & Sullivan LLP ||
| Address: 1300 I Street NW Suite 900, Washington D.C. 20005 ||
| Phone: 202-538-8240 | Email: kevinhardy@quinnemanuel.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |