FORM 26. Docketing Statement            Form 26 (p. 1)
                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1948

**Short Case Caption:** Network-1 Technologies, Inc. v. Google LLC et al.

**Filing Party/Entity:** Google LLC; Youtube LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| S.D.N.Y. | 14-2396, 14-9558 | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the District Court's summary judgment of invalidity and non-infringement.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The District Court granted summary judgment of invalidity of claim 17 of U.S. Patent No. 8,010,988 and claims 1, 8, 10, 16, 18, 25, 27, and 33 of U.S. Patent No. 8,904,464; and granted summary judgment of non-infringement of claims 33, 34, and 35 of U.S. Patent No. 8,205,237.

**Briefly describe the judgment/order appealed from:**

The District Court held that the term "non-exhaustive search," as used in the asserted claims of the '988 and '464 patents, is indefinite. The District Court also determined that the accused feature on Youtube does not perform a "sublinear search" as required by the claims of the '237 patent.

**Nature of judgment (select one):**         **Date of judgment:** 04/24/2024

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the District Court correctly determined that the claims of the '988 and '464 patents are indefinite, and the accused feature on Youtube does not infringe the claims of the '237 patent.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☑ Yes  ☐ No

If they were mediated, by whom?

Harrie Samaras, Esq.
ADR & Law Office of Harrie Samaras

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

In view of the nature of the dispute, Appellee believes the matter is not amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/24/2024    Signature: /s/ Andrew V. Trask
Name: Andrew V. Trask

Save for Filing